727 A.2d 1076

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**David Edward ROGERS Jr., Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 27, 1998.

Decided March 25, 1999.

Mark D. Greenwald, Allentown, for Commonwealth.

Richard J. Makoul, Allentown, for David Edward Rogers.

Before FLAHERTY, C.J., ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, JJ.

## ORDER

PER CURIAM.

**AND NOW**, this 25th day of March, 1999, the Order of the Superior Court is affirmed. See *Commonwealth v. Randolph*, 553 Pa. 224, 718 A.2d 1242 (1998).